RECEIVED

2014 NOV -6 PM 2:19

**United States District Court** _____ **District**

Name (under which you were convicted): _____ Docket or Case No.: 5:12-Cr-00057-VAP-3

Place of Confinement: USP VICTORVILLE Prisoner No.: 63452-112

UNITED STATES OF AMERICA

BY: _____

v.

Movant (include name under which convicted)

(5 0)

# ED CV14-02292 (VAP)

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: RIVERSIDE)
CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION) (b) Criminal
docket or case number (if you know): 5:12-Cr-00057-VAP-3

2. (a) Date of the judgment of conviction (if you know): 12-4-13 _____ (b) Date of
sentencing: 4-11-14

3. Length of sentence: 204 MONTHS

4. Nature of crime (all counts): CONSPIRACY TO ENGAGE IN SEX TRAFFICKING
_____ _____ _____

5. (a) What was your plea? (Check one)

(1) Not guilty _____ (2) Guilty _____ (3) Nolo contendere (no contest) _____ (b) If you entered a
guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you
plead guilty to and what did you plead not guilty to?
SEX TRAFFICKING WAS DISMISSED I plead Guilty
TO THE CONSPIRACY TO ENGAGE IN SEX TRAFFICK-
ING.

6. If you went to trial, what kind of trial did you have? (Check one)   Jury   Judge only

410cr                                            1

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions
and terms and conditions of the Matthew Bender Master Agreement.

63452112

7.   Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes   No

8.   Did you appeal from the judgment of conviction?   Yes   No

9.   If you did appeal, answer the following: (a) Name of court: _____ (b) Docket
     or case number (if you know): _____ (c) Result:
     _____ (d) Date of result (if you know): _____ (e)
     Citation to the case (if you know): _____ _____ (f) Grounds raised:
     _____ _____ _____ _____

     ___ (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes  No

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised: _____

_____

_____

410cr

2

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

_____

_____

_____

_____

10.   Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

(Yes)   No

11.   If your answer to Question 10 was "Yes," give the following information: (a)(1) Name of court (EASTERN DIVISION - RIVERSIDE)

(2) Docket or case number (if you know): 5:12-cr-00057-VAP-3

(3) Date of filing (if you know): 4.24.14

(4) Nature of the proceeding: SUBMITTED (LETTER TO THE COURTS)

(5) Grounds raised: 2255 INAFFECTED ASSISTANTS OF COUNCIL

_____

_____

410cr                                    3

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes   No

(7) Result: REJECTED (SUBMITTED BY letter) NOT FILED

(8) Date of result (if you know): 4·28·14 _____ (b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: (EASTERN DIVISION - RIVERSIDE)

(2) Docket or case number (if you know): 5·12-CC-00052-VAP-3

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

410cr                                    4

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes (No)

(7) Result: _____

(8) Date of result (if you know): _____ (c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   (Yes)   No
(2) Second petition:   Yes   No

410cr

5

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: I WAS TOLD THAT A LETER WOULD DO FINE, BUT INSTEAD WAS REJECTED FOR IMPROPER COMMUNICATION WITH THE COURTS.

12.    For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** 2255  AT THE TIME OF THE CRIME, I WAS Diagnosed with mutiple MENTAL Disabillitys. I Received (Social SUCURITY INCome) FOR these DISABILLITYS. MY LAWYER failed TO pResent MY (MENTAL HISTORY Report). SO I was SENTANCED without it.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Sociial Security Records

MENTAL Health HISTORY REPORTS

(COUNTY JAILS MENTAL HISTORY Reports)

410cr                                          6

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

_____

_____

_____

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

(Yes) No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes (No)

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

410cr                                    7

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

Name and location of the court where the motion or petition was filed: EASTERN DIVISION -

RIVERSIDE

Docket or case number (if you know): 5:12-cr-00057-VAP-3

Date of the court's decision: REJECTED ON 4-28-14

Result (attach a copy of the court's opinion or order, if available): REJECTED
Improper communication with the courts by letter.

(3) Did you receive a hearing on your motion, petition, or application?

Yes (No)

(4) Did you appeal from the denial of your motion, petition, or application?

Yes (No)

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes  No

410cr                                   8

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I DID NOT HAVE ACCESS TO A LAW LIBERY TO GET THE CORRECT PAPER WORK UNTILL NOW.

_____

_____

_____

_____

**GROUND TWO:** 2255 (I.A.C.) I HAD NO ACCESS TO A LAW LIBERY, UNTILL AFTER I SIGNED A DEAL. 1½ 410cr YEARS LATTER.

9

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

HOUSEING LOCATION (C.D.C SAN Bernardino)
HAS NO (LAW LIBERY) I ASKed HIM ON RECORDED
PHONE CALL'S. TO HAVE ME Rehouseal.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes   (No)

410cr                                    **10**

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

(2) If you did not raise this issue in your direct appeal, explain why: I wasent sure

IF IT were valID enough.

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes (No)

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

410cr                                    **11**

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ⬭No

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ⬭No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ⬭No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

410cr                                12

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: BECAUSE I JUST RECEIVED THE correct paper work

**GROUND THREE:** 2255 (I.A.C) I WAS CONVINCED to SIGN THE plea Bargen for 0-204 monTHS Because my ATTORNEY STATED "Your not going to be held ACCOUNTAble for everybody eles on the case." "Your factual Basis is Barly even federal, You WON'T GET 204 MONTHS for this?

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AT SETTANCEING, Co-Defendants were brought UP In comparison To THE time I was GETING and I Received 204 monTHS

I SENT AN EMAIL PRINT OUT FROM MY LAWYER TO MY-SELF, WITH A LETTER To THE courts Regarding THIS matter

410cr                                    13

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

(Yes) No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c) Post-Conviction Proceedings:**

410cr                                    14

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes (No)  NOTHING WAS FILED.

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes  No

(4) Did you appeal from the denial of your motion, petition, or application?

410cr                                      15

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

Yes (No)

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes (No)

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I was missinformed to write a letter so nothing was filed.

_____

410cr                                    16

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

_____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

410cr                                    17

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

_____

_____

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes  No

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

410cr                                18

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes  No

(4) Did you appeal from the denial of your motion, petition, or application?

Yes  No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes  No

(6) If your answer to Question (c)(4) is "Yes," state:

410cr                                    **19**

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

**[a]  Section 2255 Rule 1**

Name and location of the court where the appeal was filed: _ACCORDING TO MY_

_Knowledge nOThing was filed._

Docket or case number (if you know): _5:12-CR-00057-VAP-3_

Date of the court's decision: _4.28.14_

Result (attach a copy of the court's opinion or order, if available): _THE COURTS NEVER Replied BACK TO MY LETTER._

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _I FAXED by LETTER. So IT was NOT filed._

_____

_____

_____

13.    Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting

4400er                                     120

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

them: NO ACCESS TO A LAW LIBERY WAS NOT IN MY letter. I wasent aware THAT I HAD a right to ANE. IN ORDER TO flight My case with Legal knowlage.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging? Yes (No) If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

_____  _____  _____  _____
_____  _____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging: (a) At preliminary hearing:
DAVID J. Thomas (b) At arraignment and plea:
1600 IOWA Avenue Suite 21 (c) At trial:
RIVERSIDE CA 92507-2924 (d) At sentencing:
_____  _____ (e) On appeal:
_____  _____ (f) In any post-conviction proceeding:
_____  _____ (g) On appeal from any ruling against
you in a post-conviction proceeding:
_____  _____  _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes (No)

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes (No) (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____  _____ (b) Give the date the other sentence was imposed: _____ (c) Give the length of the other sentence: _____ (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes No

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion. *

_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____

410cr                    **21**

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

63452112

_____  _____  _____  _____
_____  _____  _____  _____
_____  _____

Therefore, movant asks that the Court grant the following relief: REPRESENTATION OF A
NEW ATTORNEY FOR RESENTANCEING IS WHAT IM
ASKING FOR.

(NEW TRAIL, NEW PLEA AGREEMENT AND RELIEF
FROM THIS OLD ONE.

or any other relief to which movant may be entitled.

PRO-SE

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
   and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on
   OCTOBER  29, 2014 _____ (month, date, year).

Executed (signed) on 10·29·14 _____ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not
   signing this motion. _____

410cr

SUBSCRIBED AND SWORN BEFORE ME
THIS  29 _____ DAY  OCTOBER 20 14
FEDERAL CORRECTIONAL COMPLEX, VICTORVILLE, CA
22          SAN BERNARDINO COUNTY
            a. Warren
            CASE MANAGER

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions
and terms and conditions of the Matthew Bender Master Agreement.

AUTHORIZED BY ACT OF CONGRESS JULY 7, 1955
TO ADMINISTER OATHS
(TITLE 18, U.S.C. SECTION 4004)

63452112

GARY L ROGERS
REG# 63452-112
UNITED STATES PENITENTIARY
P.O. BOX 3150
ADELANTO, CA 92301

RECEIVED
CLERK, U.S. DISTRICT COURT

NOV 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CLERK OF COURTS
EASTERN DIVISION
3470 TWELFTH STREET, ROOM 134
RIVERSIDE, CALIFORNIA 92501

