**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **EDCV 14-02292-VAP**
           EDCR 12-00057-VAP-3                                          Date:  January 9, 2015

Title:   GARY L. ROGERS  -v- UNITED STATES OF AMERICA
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                                        None Present
    Courtroom Deputy                                                Court Reporter

ATTORNEYS PRESENT FOR                            ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                    DEFENDANTS:

    None                                                                    None

PROCEEDINGS:        MINUTE ORDER EXTENDING TIME FOR MOVANT'S
                                  RESPONSE TO GOVERNMENT'S OPPOSITION TO HIS
                                  MOTION TO  TO RESPOND TO VACATE, SET ASIDE, OR
                                  CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255
                                  (IN CHAMBERS)

      On November 6, 2014, Gary L. Rodgers ("Movant") filed a "Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255" ("Motion").  ([Civ.] Doc. No. 1; [Crim.] Doc. No. 467.)[1]  The Court issued an order requiring the

---

      [1]     Some, but not all, of the documents filed in connection with this Motion appear on the docket for the underlying criminal case, EDCR 12-00057.  Citations to [Civ.] indicate documents on the docket for the Motion.  Citations to [Crim.] indicate
                                                                       (continued...)

EDCV 14-02292-VAP
GARY L. ROGERS v. UNITED STATES OF AMERICA
MINUTE ORDER of January 9, 2015

Government to file a return to the Motion on or before December 3, 2014. ([Civ.] Doc. No. 3.)

On December 3, 2014, the Government filed its Opposition. ([Crim.] Doc. No. 471.) The next day the Government filed a Notice of Lodging, attaching a proof of service showing that it had mailed its Opposition to Movant. ([Crim.] Doc. No. 472.)

On December 10, 2014, the Government filed a second Notice of Lodging, attaching another proof of service. ([Crim.] Doc. No. 473.) The Government explained that its first attempt to mail its Opposition had failed because it did not use the correct P.O. Box number in the address, but that a new copy had been mailed to the correct address. (Id.)

Movant filed a statement on December 24, 2014, saying that he had not received the Government's Opposition until December 15, 2014; he requested the Opposition be stricken because it was not received timely. ([Civ.] Doc. No. 9; [Crim.] Doc. No. 474.)

The Government's Opposition was timely filed with the Court. Once the Government discovered that Movant had not received the Opposition, it quickly worked to ensure he was mailed another copy. Accordingly, the Court will not strike the Opposition from the record. Given that Movant, though no fault of his own, did not receive the Opposition until nearly two weeks after it was filed, however, the Court grants him additional to file a Reply to the Government's Opposition. Movant shall file his Reply, if any, by no later than February 16, 2015.

**IT IS SO ORDERED.**

---

[1](...continued)
documents on the docket for the underlying criminal case.