**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>    v.<br><br>GARY L. ROGERS,<br><br>Defendant/Movant.<br>_____ | Case Nos. **EDCV 14-02292-VAP**<br>              EDCR 12-00057-VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Movant's Motion for Relief Under 28 U.S.C. § 2255 is DENIED.  The Court orders that such judgment be entered.

Dated: <u>April 2, 2015</u>       _____
                                                             VIRGINIA A. PHILLIPS
                                                         United States District Judge